

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00065-CR

| | | |
|---|---|---|
| Charles James Snyder | § | From County Criminal Court No. 8 |
| | § | of Tarrant County (1295355) |
| v. | § | October 2, 2014 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d).

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
     Justice Bob McCoy